# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00127-CR

**Bryan Ross, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. 971801, HONORABLE MICHAEL F. LYNCH, JUDGE PRESIDING

In 1998, appellant Bryan Ross was convicted of aggravated assault following his plea of guilty and placed on community supervision. In February 2002, the district court revoked Ross=s supervision on the State=s motion and imposed sentence of imprisonment for three years. Ross, who was represented by retained counsel at the revocation hearing, appealed pro se.

A reporter=s record was not requested and, after Ross was given notice and an opportunity to cure, the appeal was submitted for decision without a reporter=s record. *See* Tex. R. App. P. 37.3(c)(1). Ross did not file a brief or respond to this Court=s notices. *See* Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The order revoking community supervision is affirmed.

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Affirmed

Filed:   August 8, 2002

Do Not Publish